# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 19, 2008

133686

RAQUEL RODRIGUEZ,
　　　　　　Plaintiff-Appellee,
and

PACIFIC EMPLOYERS INSURANCE,
　　　　　　Intervening Plaintiff-Appellee,
v

A.S.E. INDUSTRIES, INC.,
　　　　　　Defendant,
　　　　　　Cross-Plaintiff-Appellant,
and

AMERICAN AXLE & MANUFACTURING
HOLDINGS, INC., and AMERICAN AXLE &
MANUFACTURING, INC.,
　　　　　　Defendants, Cross-Defendants,
and

DESIGN SYSTEMS, INC., INNOVATIVE
ENGINEERING, INC., and PMI MANAGEMENT
GROUP, INC.,
　　　　　　Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133686
COA: 263930
Wayne CC: 02-231906-CZ

On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of October 12, 2007. The application for leave to appeal the March 22, 2007 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 19, 2008

t0312

Clerk